**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JEAN COULTER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 17-629 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Robert C. Mitchell |
| BLAZE TATANANNI, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>MEMORANDUM ORDER</u>

This case has been referred to United States Magistrate Judge Robert C. Mitchell for

pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B),

and Local Rule of Civil Procedure 72.

On June 30, 2017, the Magistrate Judge issued a Report (Doc. 11) recommending that

this case be dismissed for lack of subject matter jurisdiction. Service of the Report and

Recommendation was made, and Plaintiff has filed Objections. *See* Doc. 13.

After a *de novo* review of the pleadings and documents in the case, together with the

Report and Recommendation and the Objections thereto, the following Order is entered:

This case is **DISMISSED**, with prejudice, for want of subject matter jurisdiction, and the

Magistrate Judge's Report and Recommendation (Doc. 11) hereby is adopted as the Opinion of

the District Court.

IT IS SO ORDERED.


August 30, 2017                                     s\Cathy Bissoon_____
                                                    Cathy Bissoon
                                                    United States District Judge

cc (via First-Class, U.S. Mail):

Jean Coulter
Post Office Box 8094
Philadelphia, PA  19101-8094